No. 842. PUERTO RICO *v.* SHELL COMPANY ET AL. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. William Cattron Rigby* and *Nathan R. Margold*

676

for petitioner. *Messrs. Wm. D. Whitney, Gabriel I. Lewis, Oscar B. Frazier,* and *James R. Beverley* for respondents.

